**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 05-cr-00095-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ANDREW TORREZ,

    Defendant.

---

## MINUTE ORDER[1]

---

    On **May 4, 2012**, commencing at 1:30 p.m., the court shall conduct a Compliance Review hearing in this matter. Counsel and the defendant shall be present without further notice or order from the court.

    Dated: March 8, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.