**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 05-cr-00095-REB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ANDREW TORREZ

        Defendant.

---

**ORDER TERMINATING TERM OF SUPERVISED RELEASE**

---

      This matter is before the Court on the report of the probation officer regarding the defendant's unsatisfactory adjustment to supervision. During the course of the period of supervised release, the defendant has repeatedly tested positive for the use of illegal drugs and has failed to comply with the special condition of drug testing and drug treatment.

      The Court has carefully considered the relevant record and concludes (1) that the defendant's adjustment to supervised release has been unsatisfactory; (2) that further supervision would be a prodigal waste of valuable judicial resources; and (3) that a revocation of supervised release coupled with a resentence to the Bureau of Prisons would unreasonably threaten the safety of the defendant and exacerbate his precarious medical condition. Thus, the supervised release of the defendant should be terminated.

      THEREFORE, IT IS ORDERED as follows:

      1. That the supervised release of the defendant is terminated immediately for unsatisfactory compliance; and

      2. That the hearing set for May 4, 2012, at 1:30 p.m., is vacated.

      Dated at Denver, Colorado, May 3, 2012.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge